**EXHIBIT 1**

# Case Information

**Local Case Number:**
2026-003588-CA-01

**State Case Number:**
132026CA00358801GE01

**Case Style:**
Cimone Campbell vs American Airlines

**Filing Date:**
01/20/2026

**Judicial Section:**
CA23 - Downtown Miami - Judge Perkins, Joseph D

**Case Status:**
OPEN

**Case Type:**
Discrimination - Employment or Other

**Consolidated Case No.:**

# Related Cases

No data available

# Hearing Details

No data available

# Parties

| Party Description | Party Name | Attorney Information | Other Attorney(s) |
|---|---|---|---|
| Plaintiff | Campbell, Cimone | | |
| Defendant | American Airlines | **B#:** 125854<br>Kamen, Garrett S. | |

# Dockets

| DIN | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 12 | 10/26/2026 | | Motion for Extension of Time | Event | TO RESPOND TO PLAINTIFF'S COMPLAINT. |
| 11 | 10/07/2026 | | Affidavit of Service | Event | |
| 10 | 09/03/2026 | | Receipt: | Event | Receipt#:2140015 Amt Paid:$10.00 Comment: Allocation Code Quantity Unit Amount 3139-Summons Issue Fee 1 $10.00 $10.00 Tender Type:Indigent Tender Amt:$10.00 Receipt Date:09/03/2026 Register#:214 Cashier:E410255 |
| | 09/03/2026 | | 20 Day Summons Issued | Service | |
| 9 | 09/03/2026 | | 20 Day Summons Issued | Event | |
| 8 | 03/21/2026 | | Order Setting CM Deadline | Event | |
| 6 | 02/24/2026 | | Receipt: | Event | Receipt#:3210001 Amt Paid:$401.00 Comment: Allocation Code Quantity Unit Amount 3100-Circuit Filing Fee 1 $401.00 $401.00 Tender Type:Indigent Tender Amt:$401.00 Receipt Date:02/24/2026 Register#:321 Cashier:EFilingUser EFiling #:239897627 |
| 7 | 02/21/2026 | | Certificate of Indigency / Insolvency | Event | |

| DIN | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 4 | 02/13/2026 | | Complaint | Event | |
| 3 | 02/12/2026 | | Affidavit of Indigency | Event | |
| 2 | 02/12/2026 | | Notice of Filing: | Event | Letter to Supervisor |
| 1 | 01/20/2026 | | Civil Cover Sheet - Claim Amount | Event | |

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

**I. CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Cimone Campbell
Plaintiff

Case # ____________________
Judge ____________________

vs.
American Airlines
Defendant

---

**II. AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

**III. TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
  ☐ Business governance
  ☐ Business torts
  ☐ Environmental/Toxic tort
  ☐ Third party indemnification
  ☐ Construction defect
  ☐ Mass tort
  ☐ Negligent security
  ☐ Nursing home negligence
  ☐ Premises liability—commercial
  ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
  ☐ Commercial foreclosure
  ☐ Homestead residential foreclosure
  ☐ Non-homestead residential foreclosure
  ☐ Other real property actions

☐Professional malpractice
  ☐ Malpractice—business
  ☐ Malpractice—medical
  ☐ Malpractice—other professional
☒ Other
  ☐ Antitrust/Trade regulation
  ☐ Business transactions
  ☐ Constitutional challenge—statute or ordinance
  ☐ Constitutional challenge—proposed amendment
  ☐ Corporate trusts
  ☒ Discrimination—employment or other
  ☐ Insurance claims
  ☐ Intellectual property
  ☐ Libel/Slander
  ☐ Shareholder derivative action
  ☐ Securities litigation
  ☐ Trade secrets
  ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

☐ Replevins
☐ Evictions
  ☐ Residential Evictions
  ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**IV. REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V. NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

Retaliation and Discrimination

**VI. IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VII. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.
no

**VIII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

**IX. DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
☐ yes
☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Destiny Campbell — Fla. Bar #
Attorney or party — (Bar # if attorney)

Destiny Campbell — 02/13/2026
(type or print name) — Date

Filing # 239897627 E-Filed 02/12/2026 04:19:44 PM
NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

IN THE CIRCUIT/COUNTY COURT OF THE ________________ JUDICIAL CIRCUIT
IN AND FOR ________________ COUNTY, FLORIDA

Cimone Destiny Campbell
Plaintiff/Petitioner or In the Interest of

vs.

american Airlines
Defendant//Respondent

CASE NO.________________

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. **I have** 0 **dependents.** *(Include only those persons you list on your U.S. Income tax return.)*
Are you Married?...Yes....(No) Does your Spouse Work?...Yes....No Annual Spouse Income? $ N/A

2. **I have a net income of $** 20,000 paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly (✓) yearly ( ) other ________.
*(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments,* ***minus*** *deductions required by law and other court-ordered payments such as child support.)*

3. **I have other income** paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other ________.
*(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

| | | |
|---|---|---|
| Second Job | Yes $ ____ | (No) |
| Social Security benefits | | |
| For you | Yes $ ____ | (No) |
| For child(ren) | Yes $ ____ | (No) |
| Unemployment compensation | Yes $ ____ | (No) |
| Union payments | Yes $ ____ | (No) |
| Retirement/pensions | Yes $ ____ | (No) |
| Trusts | Yes $ ____ | (No) |
| Veterans' benefits | Yes $ ____ | (No) |
| Workers compensation | Yes $ ____ | (No) |
| Income from absent family members | Yes $ ____ | (No) |
| Stocks/bonds | Yes $ ____ | (No) |
| Rental income | Yes $ ____ | (No) |
| Dividends or interest | Yes $ ____ | (No) |
| Other kinds of income not on the list | Yes $ ____ | (No) |
| Gifts | Yes $ ____ | (No) |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. **I have other assets:** *(Circle "yes" and fill in the value of the property, otherwise circle "No")*

| | | |
|---|---|---|
| Cash | (Yes) $ 80 | No |
| Bank account(s) Wells Fargo | (Yes) $ 291 | No |
| Certificates of deposit or Money market accounts | Yes $ ____ | (No) |
| Boats* | Yes $ ____ | (No) |
| Savings account | Yes $ ____ | (No) |
| Stocks/bonds | Yes $ ____ | (No) |
| Homestead Real Property* | Yes $ ____ | (No) |
| Motor Vehicle* | Yes $ ____ | (No) |
| Non-homestead real property/real estate* | Yes $ ____ | (No) |
| Other assets* | Yes $ ____ | (No) |

Check one: I ( ) DO (✓) DO NOT expect to receive more assets in the near future. The asset is ________________.

5. **I have total liabilities and debts of $** 60,000 as follows: Motor Vehicle $ 17,000, Home $ N/A, Boat $ ——, Non-homestead Real Property $ NA, Child Support paid direct $ N/A, Credit Cards $ ——, Medical Bills $ 3000, Cost of medicines (monthly) $ NA, Other $ 40,000.

6. **I have a private lawyer in this case**......✓ Yes ___ No

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. **I attest that the information I have provided on this application is true and accurate to the best of my knowledge.**

Signed on Feb. 9, 2026
Signature of Applicant for Indigent Status [signature]

1973 | 8-00-8
Year of Birth | Last 4 digits of Driver License or ID Number

Print Full Legal Name Cimone Destiny Campbell
Email address: Getthruyourday@gmail.com
Phone Number/s: 2015384400

Address: Street, City, State, Zip Code

This form was completed with the assistance of: ________________
Clerk/Deputy Clerk/Other authorized person.

**CLERK'S DETERMINATION**

Based on the information in this Application, I have determined the applicant to be ( ) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated on ________________, 20 ___.

________________
Clerk of the Circuit Court
By ________________, Deputy Clerk

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.**
Sign here if you want the judge to review the clerk's decision ________________

Filing # 239897627 E-Filed 02/12/2026 04:19:44 PM

IN THE CIRCUIT/COUNTY COURT OF THE ________________ JUDICIAL CIRCUIT
IN AND FOR ________________ COUNTY, FLORIDA

Cimone Destiny Campbell
Plaintiff/Petitioner or In the Interest of

CASE NO. ________________

vs.

american Airlines
Defendant//Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. **I have** 0 **dependents.** *(Include only those persons you list on your U.S. Income tax return.)*
Are you Married?...Yes....No (circled) Does your Spouse Work?...Yes....No Annual Spouse Income? $ N/A

2. **I have a net income of $** 20,000 paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly (✓) yearly ( ) other ________.
*(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments,* ***minus*** *deductions required by law and other court-ordered payments such as child support.)*

3. **I have other income** paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other ________.
*(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

| | | |
|---|---|---|
| Second Job | Yes $ ____ | No (circled) |
| Social Security benefits | | |
| For you | Yes $ ____ | No (circled) |
| For child(ren) | Yes $ ____ | No (circled) |
| Unemployment compensation | Yes $ ____ | No (circled) |
| Union payments | Yes $ ____ | No (circled) |
| Retirement/pensions | Yes $ ____ | No (circled) |
| Trusts | Yes $ ____ | No (circled) |
| Veterans' benefits | Yes $ ____ | No (circled) |
| Workers compensation | Yes $ ____ | No (circled) |
| Income from absent family members | Yes $ ____ | No (circled) |
| Stocks/bonds | Yes $ ____ | No (circled) |
| Rental income | Yes $ ____ | No (circled) |
| Dividends or interest | Yes $ ____ | No (circled) |
| Other kinds of income not on the list | Yes $ ____ | No (circled) |
| Gifts | Yes $ ____ | No (circled) |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. **I have other assets:** *(Circle "yes" and fill in the value of the property, otherwise circle "No")*

| | | |
|---|---|---|
| Cash | Yes (circled) $ 80 | No |
| Bank account(s) Wells Fargo | Yes (circled) $ 291 | No |
| Certificates of deposit or Money market accounts | Yes $ ____ | No (circled) |
| Boats* | Yes $ ____ | No (circled) |
| Savings account | Yes $ ____ | No (circled) |
| Stocks/bonds | Yes $ ____ | No (circled) |
| Homestead Real Property* | Yes $ ____ | No (circled) |
| Motor Vehicle* | Yes $ ____ | No (circled) |
| Non-homestead real property/real estate* | Yes $ ____ | No (circled) |
| Other assets* | Yes $ ____ | No (circled) |

Check one: I ( ) DO (✓) DO NOT expect to receive more assets in the near future. The asset is ________________.

5. **I have total liabilities and debts of $** 60,000 as follows: Motor Vehicle $ 17,000, Home $ N/A, Boat $ —, Non-homestead Real Property $ NA, Child Support paid direct $ N/A, Credit Cards $ —, Medical Bills $ 3000, Cost of medicines (monthly) $ NA, Other $ 40,000.

6. **I have a private lawyer in this case**......✓ Yes ____ No

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. **I attest that the information I have provided on this application is true and accurate to the best of my knowledge.**

Signed on Feb. 9, 2026 ________ [signature]
Signature of Applicant for Indigent Status

1973 ________ 8-00-8
Year of Birth ________ Last 4 digits of Driver License or ID Number

Print Full Legal Name Cimone Destiny Campbell
Email address: Getthruyourday@gmail.com
Phone Number/s: 2015384400

________________
Address: Street, City, State, Zip Code

This form was completed with the assistance of: ________________
Clerk/Deputy Clerk/Other authorized person.

### CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be ( ) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated on ________________, 20___.

________________
Clerk of the Circuit Court
By ________________, Deputy Clerk

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.**
Sign here if you want the judge to review the clerk's decision ________________

UNOFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

COMPLAINT/STATEMENTS OF CLAIM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIMONE D. CAMPBELL,
Plaintiff,

v.

AMERICAN AIRLINES,
Defendant.
_______________________________________/

This case concerns discrimination, retaliation, and adverse effects, including termination of employment with no notice and termination of health and dental benefits while on medical leave. Adverse effects include issues with health insurance and MetLife Dental. After a serious extraction in 2024, American Airlines discontinued treatment and would not finish the claim. The claim started while employed with American Airlines. American Airlines and MetLife Dental's refusal to cooperate to approve the claim in 2025 caused MetLife to cancel Ms. Campbell's new independent coverage, leaving her without coverage to complete treatment and resolve the ongoing pain issue.

DATED: February 13, 2026

[signature] ____________________ Cimone D. Campbell, Plaintiff

Filing # 239897627 E-Filed 02/12/2026 04:19:44 PM

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

IN THE CIRCUIT/COUNTY COURT OF THE ______ JUDICIAL CIRCUIT
IN AND FOR ______ COUNTY, FLORIDA

CASE NO: 2026-3588CA 01

Cimone Destiny Campbell
Plaintiff/Petitioner or In the Interest of

vs.

American Airlines
Defendant/Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. **I have** 0 **dependents.** *(Include only those persons you list on your U.S. Income tax return.)*
Are you Married?...Yes...(No) Does your Spouse Work?...Yes....No Annual Spouse Income? $ N/A

2. **I have a net income of $** 20,000 paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly (✓) yearly ( ) other ______.
*(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)*

3. **I have other income paid** ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other ______.
*(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

| | | |
|---|---|---|
| Second Job | Yes $ ____ | (No) |
| Social Security benefits | | |
| For you | Yes $ ____ | (No) |
| For child(ren) | Yes $ ____ | (No) |
| Unemployment compensation | Yes $ ____ | (No) |
| Union payments | Yes $ ____ | (No) |
| Retirement/pensions | Yes $ ____ | (No) |
| Trusts | Yes $ ____ | (No) |
| Veterans' benefits | Yes $ ____ | (No) |
| Workers compensation | Yes $ ____ | (No) |
| Income from absent family members | Yes $ ____ | (No) |
| Stocks/bonds | Yes $ ____ | (No) |
| Rental income | Yes $ ____ | (No) |
| Dividends or interest | Yes $ ____ | (No) |
| Other kinds of income not on the list | Yes $ ____ | (No) |
| Gifts | Yes $ ____ | (No) |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. **I have other assets:** *(Circle "yes" and fill in the value of the property, otherwise circle "No")*

| | | |
|---|---|---|
| Cash | (Yes) $ 80 | No |
| Bank account(s) Wells Fargo | (Yes) $ 291 | No |
| Certificates of deposit or Money market accounts | Yes $ ____ | (No) |
| Boats* | Yes $ ____ | (No) |
| Savings account | Yes $ ____ | (No) |
| Stocks/bonds | Yes $ ____ | (No) |
| Homestead Real Property* | Yes $ ____ | (No) |
| Motor Vehicle* | Yes $ ____ | (No) |
| Non-homestead real property/real estate* | Yes $ ____ | (No) |
| Other assets* | Yes $ ____ | (No) |

Check one: I ( ) DO (✓) DO NOT expect to receive more assets in the near future. The asset is ______.

5. **I have total liabilities and debts of $** 60,000 as follows: Motor Vehicle $ 17,000, Home $ N/A, Boat $ ——, Non-homestead Real Property $ N/A, Child Support paid direct $ N/A, Credit Cards $ ——, Medical Bills $ 3000, Cost of medicines (monthly) $ N/A, Other $ 40,000.

6. **I have a private lawyer in this case**......... ✓ Yes ___ No

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. **I attest that the information I have provided on this application is true and accurate to the best of my knowledge.**

Signed on Feb. 9, 20 26

[signature]
Signature of Applicant for Indigent Status

1973 — Year of Birth
8-00-8 — Last 4 digits of Driver License or ID Number

Print Full Legal Name: Cimone Destiny Campbell
Phone Number/s: 2015384400
Email address: Getthruyourday@gmail.com

Address: Street, City, State, Zip Code ______

This form was completed with the assistance of: ______
Clerk/Deputy Clerk/Other authorized person.

### CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be (✓) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated on FEB 21, 20 26

Clerk of the Circuit Court
By ______, Deputy Clerk

JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT AND COMPTROLLER MIAMI-DADE COUNTY

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.

Sign here if you want the judge to review the clerk's decision ______

Filing # 244315063 E-Filed 03/21/2026 10:17:39 PM

NOT AN OFFICIAL COPY - PUBLIC ACCESS NOT AN OFFICIAL COPY - PUBLIC ACCESS

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2026-003588-CA-01
SECTION: CA23
JUDGE: Joseph Perkins

**Cimone Campbell**

Plaintiff(s)

vs.

**American Airlines**

Defendant(s)

_______________________________/

**CASE MANAGEMENT ORDER**
**(GENERAL PATHWAY)**

**THIS CAUSE** came before the Court on case management review. Based on the review of the file, and pursuant to Florida Rule of Civil Procedure 1.200, as well as Florida Rule of General Practice and Judicial Administration 2.545, the Court has established Case Management Deadlines, and it is hereby:

**ORDERED** that:

1. The parties must strictly comply with the deadlines established in this order, which will be strictly enforced unless changed by Court order. Parties should expect that the case will be tried during the projected trial period specified, without continuances. The parties cannot agree to extend the deadlines except as specified in Florida Rule of Civil Procedure 1.200(e), and cannot agree to waive any portion of the provisions of this order. Failing to request an extension of service or effectuate service of process by the deadlines set forth in this order may result in dismissal pursuant to Rule 1.070(j).

2. **Procedural Requirements**: In addition to strict adherence to the Florida Rules of Civil Procedure and the Administrative Orders of the Court, the parties must comply with the Case Management Procedures in this order. The parties may not unilaterally extend any of the deadlines contained in the Case Management Procedures. Deadlines may be altered by the Court where the interests of justice so require, upon prompt motion, notice, and hearing.

| **CASE MANAGEMENT DEADLINES** | |
|---|---|
| **The parties must strictly comply with these Case Management Deadlines unless changed by Court order** | |
| **Deadline for Service of Complaint:** | **05-20-2026** |

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

| | |
|---|---|
| **Deadline for Service Under Extensions:** | **07-19-2026** |
| **Deadline for Rule 1.280(a) Initial Discovery Disclosures:** | **07-19-2026** |
| **Deadline for Filing and Resolution of All Objections to Pleadings:** | **07-19-2026** |
| **Deadline for Filing and Resolution of All Pretrial Motions:** | **07-19-2026** |
| **Deadline for Propounding Requests for Production, Requests to Admit and Interrogatories:** | **08-08-2026** |
| **Deadline for Initial Scheduling and Setting Depositions:** | **08-08-2026** |
| **Deadline for Adding Parties:** | **08-23-2026** |
| **Deadline for Witness and Exhibit List:** | **09-07-2026** |
| **Deadline for Inspections/Examinations:** | **09-07-2026** |
| **Deadline for Fact Discovery Completion (Including Depositions):** | **09-27-2026** |
| **Deadline for Expert Disclosure:** | **10-07-2026** |
| **Deadline for Expert Discovery Completion:** | **11-21-2026** |
| **Deadline for Filing and Service of Motions for Summary Judgment:** | **12-16-2026** |
| **Deadline for Dispositive Motions:** | **12-16-2026** |
| **Deadline for Resolution of all Pretrial Motions (Motions in Limine and Daubert) and Jury Instructions:** | **12-16-2026** |
| **Deadline for ADR/Mediation:** | **12-16-2026** |
| **Projected Trial Date:** | **03-16-2027** |

## CASE MANAGEMENT PROCEDURES
### Motion Practice

1. **Duty to Communicate**: In accordance with Florida Rule of Civil Procedure 1.202(a), before filing a non-dispositive motion, except for those motions exempted by Rule 1.202(c), the movant must confer with the opposing party in a good-faith effort to resolve the issues raised in the motion. If the parties are represented by counsel, such conferral must be between counsel, not through staff. "Good faith" includes being professional and temperate in communications, returning phone calls and emails in a timely manner, and not setting unreasonable deadlines for responses. The movant must file a certificate of conferral substantially in the form provided by Florida Rule of Civil Procedure 1.202(b), either certifying that conferral occurred or certifying that conferral is not required under Rule 1.202. Failure to comply with the requirements of Rule 1.202 may result in an appropriate sanction, including denial of a motion without prejudice. The purposeful evasion of

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

communication under Rule 1.202 may result in an appropriate sanction.

2. **Scheduling of Hearings**: Motions filed (other than dispositive motions or those requiring testimony) must be noticed for hearing on the first available motion calendar. Motions not promptly set for hearing, and motions that do not require a hearing pursuant to the rules, may be ruled upon by the Court on the papers.

3. **Compelling Discovery where there has been no response**: The parties are to comply with Administrative Order 06-09 when moving to compel production of propounded discovery. These motions must be submitted via courtMAP with supporting documents and may not be placed on motion calendar.

4. **Motions for Protective Order**: Motions for protective order must be filed as soon as the grounds are known. Counsel should be coordinating deposition dates for specific parties/witnesses and have a duty to confer regarding any issues that would be the subject of a motion for protective order prior to scheduling the deposition. The filing of the motion must not be delayed until immediately prior to the scheduled deposition. A motion for protective order does not automatically stay the deposition and the deposition will proceed unless an order granting the motion is entered by the Court.

5. **Motions for Extension**: Any motion to extend a deadline, amend a case management order, or alter a projected trial period must specify:

   A. the basis of the need for the extension, including when the basis became known to the movant;

   B. whether the motion is opposed;

   C. the specific date to which the movant is requesting the deadline or projected trial period be extended, and whether that date is agreed by all parties; and

   D. the action and specific dates for the action that will enable the movant to meet the proposed new deadline or projected trial period, including, but not limited to, confirming the specific date any required participants such as third-party witnesses or experts are available.

<u>If extending an individual case management deadline may affect a subsequent deadline in the case management order, parties must seek an amendment of the case management order, rather than submitting a motion for extension of an individual deadline</u>.

The Court may rule upon submission of a motion for extension of time without a hearing. Any motion for extension of time must be preceded by a meet and confer with opposing counsel and absent agreement, be set for hearing immediately upon filing. Counsel should be prepared to respond promptly in the event the motion is denied.

6. **Dispositive Motions**: Motions which may dispose of specific issues, portions of the case or the entire case should be filed and set within the time set forth in the case management order. Parties wishing to pursue a dispositive motion should target the essential discovery promptly.

7. **Amendment of Pleadings**: Motions to amend should be filed so as not to affect the date of trial. Although the Court recognizes the rule of liberality with regard to amendment of

NOT AN OFFICIAL COPY-PUBLIC ACCESS-NOT AN OFFICIAL COPY-PUBLIC ACCESS

pleadings, liberality declines with an approaching trial date unless the amendment involves newly discovered information not previously available. Review your pleadings for necessary amendment(s) early, not as part of last-minute trial preparation.

**Discovery**

8. **Initial Discovery Disclosure**: Except as exempted by Florida Rule of Civil Procedure 1.280(a)(2) or as otherwise ordered by the Court, a party must, without awaiting a discovery request, within 60 days after the service of the complaint provide to the other parties the following initial discovery disclosures unless privileged or protected from disclosure:

   A. the name and, if known, the address, telephone number, and e-mail address of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

   B. a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control (or, if not in the disclosing party's possession, custody, or control, a description by category and location of such information) and may use to support its claims or defenses, unless the use would be solely for impeachment;

   C. a computation for each category of damages claimed by the disclosing party and a copy of the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; provided that a party is not required to provide computations as to noneconomic damages, but the party must identify categories of damages claimed and provide supporting documents; and

   D. a copy of any insurance policy or agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

If a party fails to make a disclosure required by rule 1.280(a), any other party may move to compel disclosure and for appropriate sanctions.

9. **Written Discovery must be propounded promptly**:

   a. **Scope of Discovery**: Parties may obtain discovery in accordance with Florida Rule of Civil Procedure 1.280(c)(1).

   b. **Objections**: If objections to written discovery involve the phrasing of the request or time frame of any discovery request, these objections may not be extended (even if the parties agree) and are due at the time the initial response is due. Failure to timely make these objections constitutes a waiver. Parties must comply with the "Duty to Communicate" above, prior to setting timely made objections for hearing.

   c. **Documents made available for inspection and copying**: If discovery responses provide that the documents are available for inspection and copying at a mutually convenient time and place, the responding party must immediately (within 48 hours)

NOT AN OFFICIAL COPY - PUBLIC ACCESS NOT AN OFFICIAL COPY PUBLIC ACCES

provide three alternative dates and times that the documents are available for inspection and copying. All of the dates must be within ten (10) days. Failure to provide the dates and times constitutes a failure to respond to discovery. Review must occur within fifteen (15) days of the response, absent extraordinary circumstances. Examples of "extraordinary circumstances" include a sole practitioner in trial on another case, a medical emergency, prepaid vacation, and a death in the family.

d. **<u>Privilege Logs</u>**: Privilege logs are due at the time of the response and may not be reserved to be provided later. Privilege logs must specifically identify the document in accordance with Florida Rule of Civil Procedure 1.280(c)(6).

Failure to timely provide the privilege log may result in the waiver of the privilege. This procedure requires preparation of a privilege log with respect to all documents, electronically stored information, things and oral communications withheld on the basis of a claim of privilege or work product <u>except</u> the following: written and oral communications between a party and their counsel after commencement of the action and work product material created after commencement of the action.

Parties are instructed that where they believe that the divulgence of the logging information would necessarily cause disclosure of the allegedly privileged information, they must identify that the item exists and that *in camera* review by the Court will be sought. The item may be described generically. However, if the Court determines that there is nothing inherent in the divulgence of the existence of the document or the logging information required that would violate privilege, the Court will impose sanctions for any *in camera* request determined to be frivolous. *In camera* requests by the party claiming the privilege must be signed by both the requesting attorney and the client, so as to assure that all are aware of the request and the consequences.

e. **<u>Expert Disclosure</u>**: Parties should furnish opposing counsel with the names and addresses of all expert witness under Florida Rule of Civil Procedure 1.390(a) to be called at trial and all information regarding expert testimony that is required by Florida Rule of Civil Procedure 1.280(c)(5). Each party is limited to one expert per specialty. No other expert testimony should be permitted at trial. Information furnished pursuant to this paragraph should be timely filed.

10. **<u>Depositions</u>**: The parties are ordered to block time now for necessary depositions to be set in this case. Expert deposition time should be coordinated and blocked as soon as experts are known to ensure compliance with this schedule. Depositions may commence at any time. Refer to Paragraph 4 above regarding motions for protective order.

11. **<u>Duty to Supplement and Correct</u>**: A party who has made a disclosure or who has responded to an interrogatory, a request for production, or a request for admission must supplement or correct its disclosure or response in a timely manner if the party learns that in some material respect the disclosure or response is incomplete or incorrect, and if the additional or corrective information has not otherwise been made known to the other parties during the discovery process or in writing.

**<u>Witness and Exhibits Lists</u>**

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

12. **Witness and Exhibit Lists**: The parties must timely exchange their witness and exhibit lists. The lists must include complete proper names and addresses. If counsel chooses to list their bar address as the witness' address, counsel is deemed to have agreed to produce the witness voluntarily as they have withheld the information necessary for a witness subpoena, and counsel will be responsible for assuring that witness' presence at trial.

**Mediation**

13. **Mediation**: Parties must mediate by the Court's deadline. The parties are responsible for assuring that they have all the necessary information to value their position prior to mediation. If the parties fail to mediate before the mediation deadline, sanctions shall be imposed by the Court. Failure to timely mediate does not constitute just cause for a trial continuance.

**Setting Trial**

14. **Trial Order**: At least 45 days before the projected trial period set forth in the case management order the Court will issue a trial order fixing the trial period. Should the Court fail to issue a trial order at least 45 days prior to the projected trial period, Plaintiff must notify the Court to schedule a case management conference.

15. **Motions to Continue Trial**: Motions to continue trial are disfavored and will rarely be granted, and then only upon good cause shown. Successive continuances are highly disfavored. Lack of due diligence in preparing for trial is not grounds to continue the case. Motions for continuance based on parental leave are governed by Florida Rule of General Practice and Judicial Administration 2.570. A motion to continue trial must be in writing unless made at a trial and, except for good cause shown, must be signed by the named party requesting the continuance.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 21st day of March, 2026.

2026-003588-CA-01 03-21-2026 10:00 PM

2026-003588-CA-01 03-21-2026 10:00 PM
Hon. Joseph Perkins

**CIRCUIT COURT JUDGE**
Electronically Signed

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355, Email: ADA@jud11.flcourts.org at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711.**

**Electronically Served:**

- Destiny Campbell: Benzandbeyond@gmail.com

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

CAUSE NO. 2026-003588CA-01

| | | |
|---|---|---|
| CIMONE CAMPBELL | § | IN THE ELEVENTH JUDICIAL |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIRCUIT COURT IN AND FOR |
| | § | |
| AMERICAN AIRLINES | § | |
| Defendant. | § | MIAMI-DADE COUNTY, FLORIDA |

## AFFIDAVIT OF SERVICE

On this day personally appeared **Kelly Kerr** who, being by me duly sworn, deposed and said:

"The following came to hand on **Oct 5, 2026, 10:40 am**,

**SUMMONS & COMPLAINT / STATEMENTS OF CLAIM**

and was executed at **211 East 7th Street, Suite 620, Austin, TX 78701** within the county of **Travis** at **11:03 AM** on **Tue, Oct 06 2026**, by delivering a true copy to the within named

**AMERICAN AIRLINES THROUGH ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY - ACCEPTED BY AUTHORIZED AGENT, MAK HAYES**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

Kelly Kerr
**Certification Number: PSC-9135**
**Certification Expiration: 12/31/2026**

**BEFORE ME,** a Notary Public, on this day personally appeared **Kelly Kerr,** known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

**SUBSCRIBED AND SWORN TO ME ON** October 06, 2026

Nicholas Kerr
My Commission Expires 8/28/2029
Notary ID 132877343

Notary Public, State of Texas

Filing # 260028517 E-Filed 10/26/2026 05:16:28 PM

NOT AN OFFICIAL COPY - PUBLIC ACCESS NOT AN OFFICIAL COPY - PUBLIC ACCESS

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIMONE CAMPBELL, CASE NO.: 2026-003588-CA-01

Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

Defendant.
_______________________________________/

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant American Airlines, Inc. files this Motion for Extension of Time to Respond to the Complaint, which was filed by pro se Plaintiff Cimone Campbell. In support, defendant states as follows:

1. On February 13, 2026, plaintiff filed her complaint against defendant.

2. On or about October 6, 2026, defendant was purportedly served with the summons and complaint.

3. Undersigned counsel has recently been retained to represent defendant and requires additional time to investigate the allegations and prepare a response.

4. Defendant therefore requests a 30-day extension of time, up through and including November 25, 2026, within which to file its response to the complaint.

5. Undersigned counsel has attempted to confer with pro se plaintiff regarding the relief requested herein, but she has not responded to the requested extension.

6. Florida Rule of Civil Procedure 1.090(b) authorizes the Court to extend any deadline for good cause.

7. This motion is filed in good faith and not for purposes of delay. No party will be

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

prejudiced by the granting of this extension of time to respond.

WHEREFORE, for the reasons set forth above, defendant respectfully requests that this Court enter an order granting its Motion for Extension of Time to Respond to Plaintiff's Complaint, up through and including November 25, 2026.[1]

Date: October 26, 2026

Respectfully submitted,

By: */s/ Garrett S. Kamen*
Garrett S. Kamen
Florida Bar No. 125854
gkamen@fisherphillips.com
Fisher & Phillips LLP
201 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
Tel. (954) 525-4800
Fax (954) 525-8739

*Attorneys for Defendant*

[1] Defendant is investigating whether this action is removable to federal court, and nothing said or done in this motion is intended to waive, or should be construed as waiving, defendant's right to seek removal if appropriate.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

## CERTIFICATE OF SERVICE

I certify that on **October 26, 2026**, a true and correct copy of the foregoing document has been provided to all counsel of record or unrepresented parties on the service list below by the method indicated.

*/s/ Garrett S. Kamen*
Garrett S. Kamen

## SERVICE LIST

Cimone Campbell, *Pro Se Plaintiff*
121 NE 34th Street, Unit 2014
Miami, Florida 33137
getthruyourday@gmail.com
benzandbeyond@gmail.com

*(Via Florida Courts E-Filing Portal)*
*(Via Email Transmission)*